## CLARK *v.* SNYDER.

APPEAL from the *Jasper* Common Pleas.

*Per Curiam.*—Judgment in favor of the appellee against the appellant, by confession. The record presents no question for our decision, no steps having been taken in the Court below to correct the supposed errors. This being the case, we have not examined the alleged errors.

The appeal is dismissed, with costs.

*David McDonald,* for the appellant.

*Rand* and *Hall,* for the appellee.